# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-431-409**

**Effective Date of Registration:**
January 13, 2025
**Registration Decision Date:**
February 05, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | "La Vie En Rose" |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | December 02, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Debra Ann Coules |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Debra Ann Coules |
| | 6974 Lovington Way, Melbourne, FL, 32940-06684, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Debra Ann Coules |
| **Email:** | debicoules@att.net |
| **Address:** | 6974 Lovington Way |
| | Melbourne, FL 32940-06684 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | January 13, 2025 |
| **Applicant's Tracking Number:** | DC2025011303 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-431-760**

**Effective Date of Registration:**
January 13, 2025
**Registration Decision Date:**
February 06, 2025

---

### Title

**Title of Work:** "My Angel"

### Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** July 05, 2018
**Nation of 1st Publication:** United States

### Author

- **Author:** Debra Ann Coules
  **Author Created:** 2-D artwork
  **Citizen of:** United States

### Copyright Claimant

**Copyright Claimant:** Debra Ann Coules
6974 Lovington Way, Melbourne, FL, 32940-06684, United States

### Rights and Permissions

**Name:** Debra Ann Coules
**Email:** debicoules@att.net
**Address:** 6974 Lovington Way
Melbourne, FL 32940-06684 United States

### Certification

**Name:** David Denholm
**Date:** January 13, 2025
**Applicant's Tracking Number:** DC2025011305

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-431-513**

**Effective Date of Registration:**
January 13, 2025
**Registration Decision Date:**
February 05, 2025

---

## Title

**Title of Work:** "Life Is Beautiful"; Live, Love, Laugh

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** February 14, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Debra Ann Coules
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Debra Ann Coules
6974 Lovington Way, Melbourne, FL, 32940-06684, United States

## Rights and Permissions

**Name:** Debra Ann Coules
**Email:** debicoules@att.net
**Address:** 6974 Lovington Way
Melbourne, FL 32940-06684 United States

## Certification

**Name:** David Denholm
**Date:** January 13, 2025
**Applicant's Tracking Number:** DC2025011304

Page 1 of 2

